**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Haynes,

     Plaintiff(s),

    V.

Callahan,

     Defendant(s),

**CIVIL ACTION**

**NO. 09-40219-TSH**

**SETTLEMENT ORDER OF DISMISSAL**

**Hillman, D. J.**

    The Court having been advised on    February 15, 2013

that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                                 **By the Court,**

   **February 15, 2013**                      **/s/ Martin Castles**
       **Date**                                 **Deputy Clerk**